# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 25-552

**Case Name** | Benshoof v. WARDEN

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Original Judicial Notice was filed by undersigned on April 11, 2025. Undersigned MAY have filed it improperly. Undersigned hereby re-files Judicial Notice as an EMERGENCY Motion for Judicial Notice - preserving original date of filing- and requests that court take immediate notice that Kurt Benshoof has been incarcerated on February 24, 2025, and held incommunicadoPetitioner requests this Court to take judicial notice of the attached records and

Relief is needed no later than *(date)*: [4/11/2025]. May 9, 2025

The following will happen if relief is not granted within the requested time:

> The continued incommunicado detention of Mr. Benshoof, combined with the complete denial of legal tools, constitutes an irreparable constitutional injury warranting emergency relief. See Elrod v. Burns, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

I could not have filed this motion earlier because:

> Kurt Benshoof is held incommunicado, and undersigned may have filed it improperly on April 11, 2025 [not sure, hence the caveat and attempt to refile with this form].

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 16 | *1* | Rev. 11/21/2019

I requested this relief in the district court or other lower court: ⦿ Yes  ◯ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes  ◯ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On (date): 5/7/2025

By (method): email

Position of other parties: unknown

Name and best contact information for each counsel/party notified:

WARDEN
Pascal Herzer, WSBA #42944
701 Fifth Avenue, Suite 600 Seattle, WA 98104
Phone: (206) 477-6223; Email: pascal.herzer@kingcounty.gov
CITY OF SEATTLE: Dallas LePierre, WSBA #47391
701 Fifth Avenue, Suite 2050 Seattle, WA 98104
Phone: (206) 386-1041; Email: dallas.lepierre@seattle.gov
Nicholas Ferguson, WSBA #33586, WA Attorney General
Phone: (360) 753-6200; Email: angie.adams@atg.wa.gov

I declare under penalty of perjury that the foregoing is true.

Signature: *[signature]*   Date: May 7, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 16          2          Rev. 11/21/2019