# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Relief is needed no later than *(date)*:

The following will happen if relief is not granted within the requested time:

I could not have filed this motion earlier because:

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**　　　　　　　　　　　　　　*1*　　　　　　　　　　　　　　Rev. 11/21/2019

I requested this relief in the district court or other lower court: ◯ Yes  ⦿ No

If not, why not:

> District court has lost jurisdiction over this case.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes  ◯ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: June 12, 2025

By *(method)*: email

Position of other parties: unknown, but presumably opposed.

Name and best contact information for each counsel/party notified:

> WARDEN Pascal Herzer, WSBA #42944
> 701 Fifth Avenue, Suite 600 Seattle, WA 98104
> Phone: (206) 477-6223; Email: pascal.herzer@kingcounty.gov
> CITY OF SEATTLE: Dallas LePierre, WSBA #47391
> 701 Fifth Avenue, Suite 2050 Seattle, WA 98104
> Phone: (206) 386-1041; Email: dallas.lepierre@seattle.gov
> Nicholas Ferguson, WSBA #33586, WA Attorney General
> Phone: (360) 753-6200; Email: angie.adams@atg.wa.gov

I declare under penalty of perjury that the foregoing is true.

**Signature** [signature]  **Date** June 12, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 16**                                  2                              Rev. 11/21/2019