# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** 25-552

**Case Name** Benshoof v. WARDEN

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Petitioner requests this Court to take judicial notice of the attached records and facts, and to issue all necessary relief, including but not limited to granting the writBecause Appellant has exhausted all state remedies and is presently denied access to counsel or courts, the Ninth Circuit has jurisdiction under § 1651(a) to grant relief in aid of its appellate function, consistent with Hancox v. U.S. Dist.

Relief is needed no later than *(date)*: June 14, 2025.

The following will happen if relief is not granted within the requested time:

The continued detention of Mr. Benshoof, combined with the complete denial of legal tools, constitutes an irreparable constitutional injury warranting emergency relief. See Elrod v. Burns, 427 U.S. 347, 373 (1976) ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.").

I could not have filed this motion earlier because:

Benshoof is held without access to legal resources including writing utensils and materials, see above. This is filed by Urve Maggitti, see the emergency motion for judicial notice.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**           1           *Rev. 11/21/2019*

I requested this relief in the district court or other lower court: ☐ Yes  ☒ No

If not, why not:

> District court has lost jurisdiction over this case.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ☒ Yes  ☐ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: June 13, 2025

By *(method)*: email

Position of other parties: unknown, but presumably opposed.

Name and best contact information for each counsel/party notified:

> WARDEN Pascal Herzer, WSBA #42944
> 701 Fifth Avenue, Suite 600 Seattle, WA 98104
> Phone: (206) 477-6223; Email: pascal.herzer@kingcounty.gov
> CITY OF SEATTLE: Dallas LePierre, WSBA #47391
> 701 Fifth Avenue, Suite 2050 Seattle, WA 98104
> Phone: (206) 386-1041; Email: dallas.lepierre@seattle.gov
> Nicholas Ferguson, WSBA #33586, WA Attorney General
> Phone: (360) 753-6200; Email: angie.adams@atg.wa.gov

I declare under penalty of perjury that the foregoing is true.

**Signature** [signature]   **Date** June 13, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 16                                   2                                   Rev. 11/21/2019